IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN ROBERT DEMOS, | ) | 8:14CV125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE U.S. CONGRESS, and PATTY MURRAY, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On June 18, 2014, the court required Plaintiff to show cause why he is entitled to proceed in forma pauperis ("IFP") pursuant to the provisions of 28 U.S.C. §1915(g). (Filing No. 5.) The court determined that Plaintiff had filed three or more prior civil actions dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted. (*Id.*) Plaintiff did not respond to the court's order, nor has he paid the court's $400.00 filing and administrative fees. Accordingly,

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff's Motion for Leave to Proceed IFP (Filing No. 2) is denied. This matter is dismissed without prejudice.

    2.    A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 28th day of July, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.